

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Marvin Thompson,

* From the 35th District Court
  of Brown County,
  Trial Court No. CR25532.

Vs. No. 11-18-00297-CR

* November 29, 2018

The State of Texas,

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Willson, J., and Wright, S.C.J.,
  sitting by assignment)
   (Willson, J., not participating)

This court has considered Marvin Thompson's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.